# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR GARCIA-RODRIGUEZ,<br><br>              Petitioner,<br><br>     v.<br><br>JERRY HOWELL, et al.,<br><br>              Respondents. | Case No. 2:19-cv-01745-RFB-EJY<br><br>**ORDER** |

　　　This is a habeas corpus matter under 28 U.S.C. § 2254. Petitioner previously filed an Application to Proceed *In Forma Pauperis.* ECF No. 1. The Court denied the application because Petitioner did not include the required statement of his inmate account and financial certificate signed by the appropriate prison official. ECF No. 3. Petitioner then filed a new Application to Proceed *In Forma Pauperis*. ECF No. 4. Once more, he omitted the required financial certificate and statement of his inmate account. The Court gave Petitioner one more opportunity to file those documents. ECF No. 5. Petitioner has not filed anything within the allotted time, and the Court will dismiss the action.

　　　Reasonable jurists would not find the Court's decision to be debatable or wrong, and the Court will not issue a Certificate of Appealability.

1

IT THEREFORE IS ORDERED that this action is **DISMISSED** for failure to file a complete Application to Proceed *In Forma Pauperis* or to pay the filing fee. The Clerk of Court will enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a Certificate of Appealability will not issue.

DATED: May 6, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge